### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1493                           Assigned/Issued By: J. N.

Judge Name: LINDBERG                            Designated Magistrate Judge: COLE

---

**FEE INFORMATION**

*Amount Due:*   ☒ $350.00     ☐ $39.00     ☐ $5.00
                ☐ IFP         ☐ No Fee     ☐ Other _____
                ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350                                Receipt #: 2609195

Date Payment Rec'd: 3-12-08                     Fiscal Clerk: J. N.

---

**ISSUANCES**

☒ Summons                               ☐ Alias Summons
☐ Third Party Summons                   ☐ Lis Pendens
☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons    _____
                                        *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                        ☐ Other _____
☐ Writ _____                            _____
       *(Type of Writ)*                        *(Type of issuance)*

3 Original and 0 copies on 3-12-08 as to ALL DEFENDANTS
                          *(Date)*