UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARLOS MARTINEZ, ET AL<br><br>                              PLAINTIFF(S)<br><br>vs.<br><br>BELLA FLOWERS & GREENHOUSE, INC.,<br>RAMON ORTIZ & MARIO ORTIZ<br><br>                              DEFENDANT(S) | Case No.<br>08 C 1493<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT; EXHIBITS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Mar 17, 2008, at 2:45 PM, I served the above described documents upon BELLA FLOWERS & GREENHOUSE, INC. as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with LORI DESUNO / OFFICE MANAGER, an officer, managing agent or authorized agent of the within named company.

Said service was effected at 133 FULLER RD, HINSDALE, IL 60521.

**DESCRIPTION:**  Gender: F   Race: WHITE   Age: 55   Hgt: 5'5"   Wgt: 150   Hair: BROWN   Glasses: NO

I declare under penalties of perjury that the information contained herein is true and correct.

*Craig Palmer* (signature)

Craig Palmer, **Lic #:** 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 18th day of March, 2008

*[Signature: Robert D. Fairbanks]*

*[Notary Seal: OFFICIAL SEAL / ROBERT D FAIRBANKS / NOTARY PUBLIC - STATE OF ILLINOIS / MY COMMISSION EXPIRES:06/08/10]*

NOTARY PUBLIC

| CLIENT NAME: | ORIGINAL PROOF OF SERVICE | TRACKING # |
|---|---|---|
| Amatore & Associates, P.C.* | | 37096 |
| **FILE #:** | | |