UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CARLOS MARTINEZ, ET AL

PLAINTIFF(S)

vs.

BELLA FLOWERS & GREENHOUSE, INC.,
RAMON ORTIZ & MARIO ORTIZ

DEFENDANT(S)

Case No.
08 C 1493

SERVICE DOCUMENTS:
SUMMONS & COMPLAINT; EXHIBITS

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Mar 19, 2008, at 12:11 PM, I served the above described documents upon RAMON ORTIZ  as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, RAMON ORTIZ.

Said service was effected at 7117 ROBERTS RD., BRIDGEVIEW, IL 60455.

**DESCRIPTION:**  Gender: M   Race: HISPANIC   Age: 65   Hgt: 5'5"   Wgt: 200   Hair: BLACK/GRAY   Glasses: YES

I declare under penalties of perjury that the information contained herein is true and correct.

Robert Harenberg, **Lic #:** 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 20th day of March, 2008

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

CLIENT NAME:                                                    ORIGINAL PROOF OF SERVICE            TRACKING #
Amatore & Associates, P.C.*                                                                          37097
**FILE #:**