UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARLOS MARTINEZ, ET AL<br><br>PLAINTIFF(S)<br><br>vs.<br><br>BELLA FLOWERS & GREENHOUSE, INC.,<br>RAMON ORTIZ & MARIO ORTIZ<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 C 1493<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT; EXHIBITS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On Apr 03, 2008, at 12:53 PM, I served the above described documents upon MARIO ORTIZ as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, MARIO ORTIZ.

Said service was effected at 7117 ROBERTS RD., BRIDGEVIEW, IL 60455.

**DESCRIPTION:**  Gender: M   Race: HISPANIC   Age: 45   Hgt: 5'10"   Wgt: 185   Hair: BLACK   Glasses: YES

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Robert Harenberg, **Lic #:** 117-001119
**Judicial Attorney Services, Inc.**
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 3rd day of April, 2008

*[signature: Robert D Fairbanks]*

OFFICIAL SEAL
ROBERT D FAIRBANKS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/10

NOTARY PUBLIC

CLIENT NAME:   ORIGINAL PROOF OF SERVICE   TRACKING #
Amatore & Associates, P.C.*                                          37098
**FILE #:**