## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                          Case Number: 08 C 1493

Carlos Martinez, et al.

v.

Bella Flowers & Greenhouse, Inc., Ramon Ortiz and Mario Ortiz

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Bella Flowers & Greenhouse, Inc., Ramon Ortiz and Mario Ortiz

---

| | |
|---|---|
| NAME (Type or print)<br>Seth D. Matus | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Seth D. Matus | |
| FIRM<br>Schoenberg, Finkel, Newman & Rosenberg, LLC | |
| STREET ADDRESS<br>222 S. Riverside Plaza, Suite 2100 | |
| CITY/STATE/ZIP<br>Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6272674 | TELEPHONE NUMBER<br>(312) 648-2300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ✓    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ✓ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |