IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS MARTINEZ, FRANCISCA MARTINEZ, ARMANDO CELESTINO, JUAN CASTILLO, and SILVINA MARQUEZ, on behalf of themselves and all other employees similarly situated, known and unknown, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 1493 |
| BELLA FLOWERS & GREENHOUSE, INC., an Illinois corporation, RAMON ORTIZ, individually, and MARIO ORTIZ, individually, | ) ) ) ) ) | The Honorable George W. Lindberg<br><br>Magistrate Judge Jeffrey Cole |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COME Defendants, Bella Flowers & Greenhouse, Inc., Ramon Ortiz and Mario Ortiz, by and through their attorneys, Schoenberg, Finkel, Newman & Rosenberg, LLC, and for their Unopposed Motion for Extension of Time to Answer or Otherwise Plead, state as follows:

1.  Plaintiff commenced this action by filing a seven count Complaint on March 12, 2008. Defendant Bella Flowers & Greenhouse, Inc. was served on March 17, 2008, and its Answer is currently due on April 7, 2008. Defendant Ramon Ortiz was served on March 19, 2008, and his Answer is currently due on April 8, 2008. Defendant Mario Ortiz was served on April 3, 2008, and his Answer is currently due on April 23, 2008.

2.  The undersigned was retained by Defendants on Wednesday, April 2, 2008. Defendants require additional time to prepare a responsive pleading to the Complaint. They

respectfully request that the date for filing such a responsive pleading be extended to April 30, 2008.

3. The undersigned has spoken to counsel for Plaintiff regarding this Motion, and counsel for Plaintiff has no objection to the requested extension.

WHEREFORE, Defendants Bella Flowers & Greenhouse, Inc., Ramon Ortiz and Mario Ortiz respectfully request that this Court grant their Unopposed Motion for Extension of Time to Answer or Otherwise Plead, that they be granted leave to file their responsive pleading up to April 30, 2008, and that the Court take such further action as is just and appropriate.

                Respectfully submitted,

                BELLA FLOWERS & GREENHOUSE, INC.,
                RAMON ORTIZ and MARIO ORTIZ,
                Defendants,

By:   /s/ Seth D. Matus
      Seth D. Matus

Seth D. Matus
Schoenberg, Finkel, Newman & Rosenberg, LLC
222 S. Riverside Plaza, Suite 2100
Chicago, IL 60606
(312) 648-2300