IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS MARTINEZ, FRANCISCA MARTINEZ, ARMANDO CELESTINO, JUAN CASTILLO, and SILVINA MARQUEZ, on behalf of themselves and all other employees similarly situated, known and unknown, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 1493 |
| BELLA FLOWERS & GREENHOUSE, INC., an Illinois corporation, RAMON ORTIZ, individually, and MARIO ORTIZ, individually, | ) ) ) ) ) | The Honorable George W. Lindberg Magistrate Judge Jeffrey Cole |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

To:   Roy P. Amatore and Paul Luka
      Amatore & Associates, P.C.
      120 S. State Street, Suite 400
      Chicago, IL 60603

   Please take notice that on the 9th day of April, 2008, at 9:30 AM, I shall appear before the Honorable George W. Lindberg in Courtroom 1425 of the United States District Court, 219 S. Dearborn Street, Chicago, IL 60604, and then and there present Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is attached and hereby served upon you.

**CERTIFICATE OF SERVICE**

   I, Seth D. Matus, an attorney, certify that I caused a copy of this Notice and Motion to be served on the above-named attorney via electronic transmission on April 4, 2008

                                              /s/ Seth D. Matus
                                              Seth D. Matus

SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC.
222 S. Riverside Plaza, Ste. 2100
Chicago, IL  60606
(312) 648-2300