## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Carlos Martinez, et al.
                          Plaintiff,

v.                                                       Case No.: 1:08−cv−01493
                                                          Honorable George W. Lindberg

Bella Flowers & Greenhouse, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg: The status hearing scheduled for 4/16/2008 is stricken and reset to 4/10/2008 at 10:30a.m. Hearing reset for 4/10/2008 at 10:30a.m. on Defendants Bella Flowers & Greenhouse, Inc., Ramon Ortiz, and Mario Ortiz motion for extension of time to answer or otherwise plead. No court appearance required on 4/9/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.