UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Carlos Martinez, et al.
                        Plaintiff,

v.                                                       Case No.: 1:08−cv−01493
                                                          Honorable George W. Lindberg

Bella Flowers & Greenhouse, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg: The status hearing scheduled for 4/10/2008 is stricken. MOTION by Defendants Bella Flowers & Greenhouse, Inc., Ramon Ortiz and Mario Ortiz for extension of time to answer or otherwise plead until 4/30/2008 is granted. Status hearing set for 5/7/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.