**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Carlos Martinez, et al.
                                         Plaintiff,

v.                                       Case No.: 1:08−cv−01493
                                         Honorable George W. Lindberg

Bella Flowers & Greenhouse, Inc., et al.
                                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, April 14, 2008:


MINUTE entry before Judge Honorable George W. Lindberg: The status hearing scheduled for 5/7/2008 is stricken. Status hearing set for 5/14/2008 at 9:30a.m.Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.