# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hav vice* as provided for by Local Rules 83.12 through 83.14.

---

*In the Matter of* | Case Number | 08 CV 1493

Carlos Martinez, Francisca Martinez, Armando Celestino, Juan Castillo, and Silvina Marquez, on behalf of themselves and all other Plaintiffs similary situated known and unknown.

v

Bella Flowers and Greenhouse, Inc., an Illinois corporation, Ramon Ortiz, individually, and Mario Ortiz, individually

*AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:*

**PLAINTIFFS**

| | |
|---|---|
| NAME | **JOHN W. BILLHORN** |
| SIGNATURE | *s/ John W. Billhorn* |
| FIRM | **BILLHORN LAW FIRM** |
| STREET ADDRESS | **515 N. State Street / Suite 2200** |
| CITY/STATE/ZIP | **Chicago, IL 60610** |
| IDENTIFICATION NUMBER | **ARDC # 6196946** |
| TELEPHONE NUMBER | **(312) 464-1450** |
| FAX NUMBER: | **(312) 464-1459** |
| EMAIL ADDRESS: | jbillhorn@billhornlaw.com |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X** | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRAIL ATTORNEY? | YES **X** | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐           APPOINTED COUNSEL ☐

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **CARLOS MARTINEZ, FRANCISCA MARTINEZ, ARMANDO CELESTINO, JUAN CASTILLO, AND SILVINA MARQUEZ,** on behalf of themselves and all other plaintiffs known and unknown, <br><br> Plaintiffs <br><br> v. <br><br> **BELLA FLOWERS & GREENHOUSE, INC., AN ILLINOIS CORPORATION, RAMON ORTIZ, INDIVIDUALLY, AND MARIO ORTIZ, INDIVIDUALLY** <br><br> Defendants | **N<u>o</u>.** 08 CV 1493 <br><br> **Honorable Judge Lindberg** <br><br> Magistrate Judge Cole <br><br> *JURY DEMAND* |

### NOTICE OF FILING

TO:   Roy P. Amatore                           Seth D. Matus
      Paul Luka                                Schoenberg, Finkel, Newman, et al
      Amatore and Associates, P.C.             222 S. Riverside Plaza / Suite 2100
      120 South State Street / Suite 400       Chicago, IL 60606
      Chicago, IL 60603

PLEASE TAKE NOTICE that on April 29, 2008, we have caused to be filed with the Clerk of the United States District Court located at the Everett Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, **Appearance Of John W. Billhorn on behalf of Plaintiffs,** a copy of which is attached hereto.

                                              s/ John W. Billhorn
                                              *Electronic Filed 4/29/2008*
                                              _____

                                              John W. Billhorn
                                              One of the Attorney's for Plaintiffs

1

## **CERTIFICATE OF SERVICE**

I, Jodi S. Hoare, an non-attorney, state that on April 29 2008, I caused a copy of the aforementioned documents, to be served on the attorney's of record above, via the Court's Electronic Filing System, or as otherwise directed.

s/ Jodi S. Hoare
_____
Jodi S. Hoare

BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610
(312) 464-1450