IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS MARTINEZ, FRANCISCA MARTINEZ, ARMANDO CELESTINO, JUAN CASTILLO, and SILVINA MARQUEZ, on behalf of themselves and all other employees similarly situated, known and unknown, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 08 C 1493 |
| BELLA FLOWERS & GREENHOUSE, INC., an Illinois corporation, RAMON ORTIZ, individually, and MARIO ORTIZ, individually, | ) ) ) ) ) | The Honorable George W. Lindberg<br><br>Magistrate Judge Jeffrey Cole |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

To:  Roy P. Amatore and Paul Luka          John Billhorn
     Amatore & Associates, P.C.            Billhorn Law Firm
     120 S. State Street, Suite 400        515 N. State Street, Suite 2200
     Chicago, IL 60603                     Chicago, IL 60610

Please take notice that on the 14th day of May, 2008, at 9:30 AM, I shall appear before the Honorable George W. Lindberg in Courtroom 1425 of the United States District Court, 219 S. Dearborn Street, Chicago, IL 60604, and then and there present Defendants' Motion to Dismiss Counts VI and VII and Claim for Attorneys' Fees in Count III of Complaint , a copy of which is attached and hereby served upon you.

**CERTIFICATE OF SERVICE**

I, Seth D. Matus, an attorney, certify that I caused a copy of this Notice and Motion to be served on the above-named attorney via electronic transmission on April 30, 2008

                                          /s/ Seth D. Matus
                                          Seth D. Matus

SCHOENBERG, FINKEL, NEWMAN & ROSENBERG, LLC.
222 S. Riverside Plaza, Ste. 2100
Chicago, IL  60606
(312) 648-2300