UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Carlos Martinez, et al.
                                        Plaintiff,
v.                                                      Case No.: 1:08−cv−01493
                                                        Honorable George W. Lindberg
Bella Flowers & Greenhouse, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

    MINUTE entry before Judge Honorable George W. Lindberg:Response due 5/22/2008 to defendants' Bella Flowers & Greenhouse, Inc., Ramon Ortiz and Mario Ortiz motion to dismiss Counts VI and VII and Claim for Attorneys Fees In Count III of Complaint. Reply due 5/29/2008. Ruling set for 6/25/2008 at 9:30a.m. Status hearing reset to 6/25/2008 at 9:30a.m. No court appearance required on 5/14/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.