## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CARLOS MARTINEZ, FRANCISCA
MARTINEZ, ARMANDO
CELESTINO, JUAN CASTILLO, and
SILVINA MARQUEZ, on behalf of
themselves and all other employees
similarly situated, known and
unknown,

No. 08 CV 1493

Plaintiffs,

v.

Magistrate Judge Jeffrey Cole

BELLA FLOWERS & GREENHOUSE,
INC., an Illinois corporation, RAMON
ORTIZ, individually, and MARIO
ORTIZ, individually,

Defendants.

## STIPULATION

### I. Plaintiffs

The current named plaintiffs, CARLOS MARTINEZ, FRANCISCA MARTINEZ,

ARMANDO CELESTINO, JUAN CASTILLO, and SILVINA MARQUEZ, and Nieves

Lopez Gines (who will be added as a named plaintiff to the amended complaint), by

and through their attorneys of record, hereby stipulate as follows:

1.    Pursuant to leave of Court, the plaintiffs will file an amended complaint

which adds Nieves Lopez Gines as a named plaintiff.

2.    The amended complaint will drop with prejudice the estoppel claim that

the original named plaintiffs brought in Count IV of the complaint.

3.      The amended complaint will drop with prejudice the remaining retaliation and/or retaliatory discharge claims that the original named plaintiffs brought in Counts V and VI of the complaint (the plaintiffs acknowledge that Count VII, certain claims in Count VI[1], and the AFWAA claims in Count III have been dismissed).

4.      The plaintiffs state affirmatively that nothing in this stipulation is intended to affect their claim for attorneys' fees under the FLSA in any way.

## II. Defendants

In return for the above, the defendants, BELLA FLOWERS & GREENHOUSE, INC., RAMON ORTIZ, and MARIO ORTIZ, by and through their attorneys of record, hereby stipulate as follows:

1.      The defendants stipulate to toll any statute or statutes of limitation applicable to the FLSA, IMWL and IWPCA claims of Nieves Lopez Gines by the number of days between the date the complaint was filed (*i.e.*, March 12, 2008) and the date the amended complaint is filed (inclusive).

2.      In other words, the FLSA, IMWL and IWPCA claims of Nieves Lopez Gines will proceed as if she had been named as a plaintiff in the complaint originally filed on March 12, 2008.

3.      The defendants will admit in their answer the allegations in the following paragraph, which paragraph will be included in the plaintiffs' amended complaint:

---

[1] See the Court's order of June 24, 2008 [Doc. 28].

2

> The plaintiff, NIEVES, was not a named plaintiff in the
> originally filed complaint. By agreement of the parties, in
> return for certain concessions by the Plaintiffs, any statute or
> statutes of limitation applicable to NIEVES's claims set forth
> herein is/are tolled by the number of days between the filing
> of the original complaint and this amended complaint
> (inclusive). In other words, the parties intend the result to
> be the same as if NIEVES had been named in the original
> complaint filed on March 12, 2008 as were the plaintiffs,
> CARLOS    MARTINEZ,    FRANCISCA    MARTINEZ,
> ARMANDO CELESTINO, JUAN CASTILLO, and SILVINA
> MARQUEZ.

4.      Defendants state affirmatively that nothing in this stipulation is intended

to affect their response to any claim for attorneys' fees under the FLSA in any way.

       WHEREFORE the parties pray that this Court will accept and adopt the forgoing

stipulation.

AGREED:                                          AGREED:

_____                          _____
One of the Plaintiffs' Attorneys                  One of the Defendants' Attorneys

Roy P. Amatore, Esq.                              Seth Matus
Paul Luka, Esq.                                   Schoenberg Finkel Newman & Rosenberg, LLC
Amatore & Associates, P.C.                        222 S. Riverside Plaza Suite 2100
120 S. State Street • Suite 400                   Chicago, Il 60606-6101
Chicago, IL 60603

*Additional Counsel for the Plaintiffs*:

John W. Billhorn
BILLHORN LAW FIRM
515 N. State Street / Suite 2200
Chicago, IL 60610

3