# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Carlos Martinez, et al.

                                          Plaintiff,

v.                                            Case No.: 1:08–cv–01493
                                                            Honorable Jeffrey Cole

Bella Flowers & Greenhouse, Inc., et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Jeffrey Cole:Status hearing held and continued to 9/4/08 at 8:30 a.m. Plaintiff is ordered to respond to defendant's settlement offer by 8/21/08.Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.