IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CARLOS MARTINEZ**, **FRANCISCA MARTINEZ**, **ARMANDO CELESTINO**, **JUAN CASTILLO**, and **NIEVES LOPEZ GINES**, and **SILVINA MARQUEZ**, on behalf of themselves and all other employees similarly situated, known and unknown,<br><br>    Plaintiffs,<br>    v.<br><br>**BELLA FLOWERS & GREENHOUSE, INC.**, an Illinois corporation**, RAMON ORTIZ**, individually, and **MARIO ORTIZ**, individually,<br><br>    Defendants. | No. 08 CV 1493<br><br>Hon. Jeffrey Cole |

## NOTICE OF ELECTRONIC FILING

PLEASE TAKE NOTICE that on July 31, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, in the division named in the caption above, the following documents: **Stipulation**.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 1, 2008, he served a copy of this notice and the indicated document(s) on all attorneys of record by causing them to be issued through the Court's Electronic Case Filing System in accordance with Fed. R. Civ. P. 5(b)(2)(D), and LR5.9 of the Northern District of Illinois.

    /s/ Paul Luka
    PAUL LUKA – ARDC # 6288860

Roy P. Amatore, Esq.
Paul Luka, Esq.
AMATORE & ASSOCIATES, P.C.
120 S. State Street • Suite 400
Chicago, IL 60603
312.236.9825 tel.
312.236.9826 fax