# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1493 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Martinez, et al. vs. Bella Flowers & Greenhouse, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/18/08 at 8:30 a.m.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CDH |
|---|---|---|